UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SYNCHRONOSS TECHNOLOGIES, INC.

   Plaintiff,

v.             CASE NO. 11-CV-02

DASHWIRE, INC.

   Defendant.

## MOTION TO DISMISS

PLEASE TAKE NOTICE that the defendant, Dashwire, Inc., by its undersigned attorneys, moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the Complaint of Plaintiff Synchronoss Technologies, Inc.  The grounds for this motion are that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

Dated this 9th day of February, 2011.  WHYTE HIRSCHBOECK DUDEK S.C.

                 By: *s/ W. David Shenk*
                   W. David Shenk
                   Barbara J. Zabawa
                   33 East Main Street, Suite 300
                   Madison, WI 53703-4655
                   608-255-4440
                   608-258-7138 (fax)
                   wshenk@whdlaw.com
                   bzabawa@whdlaw.com

                   Philip P. Mann
                   MANN LAW GROUP
                   1218 Third Avenue, Suite 1809
                   Seattle, Washington, 98101
                   (206) 436-0900
                   phil@mannlawgroup.com

WHD/7651731.1

2

        John Whitaker
        WHITAKER LAW GROUP
        1218 Third Avenue, Suite 1809
        Seattle, Washington, 98101
        (206) 436-8500
        john@wlawgrp.com

        *Counsel for Defendant Dashwire, Inc.*

2